**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **SIMPLOT AB RETAIL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-00131-SNLJ** |
| | ) | |
| **JC FARMS, LLC and** | ) | |
| **NICHOLAS GATES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STATUS REPORT

COME NOW, Defendants, JC Farms, LLC and Nicholas Gates, by and through their attorneys, Birk Law Firm, LC, and hereby submit a status report in the above referenced matter.

JC Farms, LLC filed a voluntary petition for relief under Chapter 12 of the Bankruptcy Code on April 9, 2026 and the case remains ongoing.

Nicholas Gates filed a voluntary petition for relief under Chapter 12 of the Bankruptcy Code on April 9, 2026 but has since converted to Chapter 11 due to his ineligibility under the rules of the Bankruptcy Court.

JC Farms, LLC's Chapter 12 plan is due on or before September 29, 2026.

Nicholas Gates' 341 meeting of creditors is scheduled for September 8, 2026.

Defendants, JC Farms, LLC and Nicholas Gates, bankruptcy cases are progressing in good standing and therefore, the stay is expected to stay in full force and effect for the foreseeable future.

Respectfully Submitted,


/s/ Kelvin W. Birk
Kelvin W. Birk, Bar #48274MO
Adam R. Birk, Bar #76553MO
Birk Law Firm, LC
2851 Professional Court, Suite C
Cape Girardeau, MO 63703
Phone: 573-332-8585
Fax:    573-332-0660
E-mail: kbirk@birklegal.com
Attorney for Defendants


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was served via electronic filing in the CM/ECF system of the United States District Court for the Eastern District of Missouri to all parties of record on August 10, 2026


By /s/ Kelvin W. Birk_____
    Kelvin W. Birk